# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>        Plaintiff,<br><br>   v.<br><br>HARVARD GRADUATE STUDENTS UNION - UNITED AUTO WORKERS, LOCAL 5118,<br><br>        Defendant. | Civil Action No. 1:24-CV-11952-LTS |

## PLAINTIFF PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, President and Fellows of Harvard College (the "University"), appeals to the United States Court of Appeals for the First Circuit from this Court's Final Judgment in this matter, dated May 22, 2025 (Dkt. 44), and certain of this Court's interim findings that led thereto, including the Court's May 23, 2025 Order on Cross-Motions for Summary Judgment (Dkt. 43).

In furtherance of this appeal, on June 20, 2025, the University moved this Court to stay execution of the Final Judgment and relieve the University of the requirement to post a bond. That motion remains pending as of the date of this Notice.

318412458v.1

2

DATED: June 20, 2025                                  Respectfully submitted,

By Its Attorneys,

*/s/ Robert A. Fisher*
Robert A. Fisher, BBO #643797
rfisher@seyfarth.com
Abigail Skinner, BBO #709705
askinner@seyfarth.com
John T. Ayers-Mann, BBO #703184
jayers-mann@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone:  (617) 946-4800
Facsimile:   (617) 946-4801

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Robert A. Fisher*
Robert A. Fisher