IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARVARD GRADUATE STUDENTS UNION - UNITED AUTO WORKERS, LOCAL 5118,<br><br>　　　　　Defendant. | Civil Action No. 1:24-CV-11952-LTS |

## **PLAINTIFF PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S MOTION TO STAY ENFORCEMENT OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 62(d) and Rule 8(a) of the Rules of Appellate Procedure, and in response to the Court's May 23, 2025 order (Dkt. 44), Plaintiff President and Fellows of Harvard College ("Harvard" or the "University") hereby moves the Court to stay execution of the judgment entered in this case on May 23, 2025 during the pendency of Harvard's appeal.  Harvard also requests that the Court determine that a bond is unnecessary in this case.  The University filed its Notice of Appeal on June 20, 2025.

As grounds for this motion, Harvard relies on the accompanying memorandum of law.  Further, although Defendant opposes the request for a stay of the judgment, it does not oppose Harvard's request that the Court waive any requirement to post a bond.

WHEREFORE, Harvard respectfully requests that this Court stay execution of the judgment entered in favor of Defendant during the pendency of the University's appeal and grant such other and further relief as the Court deems just and proper.

318412462v.1

DATED: June 20, 2025                                Respectfully submitted,

                                                    PRESIDENT AND FELLOWS OF
                                                    HARVARD COLLEGE

                                                    By Its Attorneys,


                                                    */s/ Robert A. Fisher*
                                                    Robert A. Fisher (BBO # 643797)
                                                    rfisher@seyfarth.com
                                                    Abigail Skinner, BBO #70970)
                                                    askinner@seyfarth.com
                                                    John T. Ayers-Mann, BBO #703184
                                                    jayers-mann@seyfarth.com
                                                    SEYFARTH SHAW LLP
                                                    Seaport East
                                                    Two Seaport Lane, Suite 1200
                                                    Boston, Massachusetts 02210-2028
                                                    Telephone:  (617) 946-4800
                                                    Facsimile:  (617) 946-4801


## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Robert A. Fisher, hereby certify that counsel for Harvard conferred with counsel for the Defendant regarding the substance of the foregoing motion via telephone on June 20, 2025. Counsel for the Defendant stated that the Defendant opposes Harvard's request for a stay of the judgment but does not oppose Harvard's request for a waiver of the posting of a bond.

                                                    */s/ Robert A. Fisher*
                                                    Robert A. Fisher


## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                                    */s/ Robert A. Fisher*
                                                    Robert A. Fisher