# United States Court of Appeals
## For the First Circuit

No. 25-1598

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff, Appellant,

v.

HARVARD GRADUATE STUDENTS UNION - UNITED AUTOWORKERS, LOCAL 5118,

Defendant, Appellee.

---

Before

Gelpí, Thompson, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered: September 14, 2026

The court's opinion in this case is filed today under temporary seal and made available at this time only to counsel for the parties and the district judge, as a number of appellate pleadings have been filed under seal. The court has tentatively concluded that public release of the opinion would not impermissibly infringe upon confidentiality interests.

In an abundance of caution, however, the court will unseal and release the opinion in accordance with the following schedule:

> Counsel for the parties shall advise the Clerk in writing on, or before, 10 days from the issuance of this order, if either of them objects to the public issuance of the opinion as presently framed. If any objection is registered, the objecting party must identify (by page and line number) the language that the objecting party wishes redacted before the opinion is released publicly, together with any alternative language that might be inserted in the published opinion to replace the redacted language. The objecting party should also include a statement of the reasons why disclosure would be inappropriate. ***Any objection shall be filed under seal and served on opposing counsel.***
>
> Objections should be made only if a party believes in good faith that highly confidential information, not previously made public elsewhere, will otherwise be

divulged, and any objection shall be accompanied by a certificate of counsel to that effect.

If one or more objections are filed within the prescribed time period, this court will make any revisions in the opinion that it, in its sole discretion, deems appropriate and will thereafter release the opinion from seal.

The failure to file an objection on, or before the 10-day deadline will be deemed a waiver of any objection to the publication of the opinion as is, and the existing opinion will be publicly released immediately after the expiration of the stated period.

Counsel are advised that this objection period does not alter the time within which a petition for rehearing may be filed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Leo T. Sorokin, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Robert Alan Fisher, Abigail Skinner, John T. Ayers-Mann, Patrick N. Bryant